**ORIGINAL**

3000202075

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF TEXAS

Joe Hunsinger
 Plaintiff Pro-Se'

Case No:

V.

DOE CORPORATION UTILIZING
TELEPHONE NUMBERS 214-469-9158,
954-852-3701, 602-760-5175,
and OTHERS
 Defendants

3-22cV2444-M

# COMPLAINT

### 1.0  PARTIES

1.01  Joe Hunsinger is a an individual citizen of Texas and a resident of this District.

1.02 Plaintiff is, and at all times mentioned herein was, a "person" as defined by 47

U.S.C. § 153 (39).

1.03  Defendant is, based on the area code it uses to call, likely a Florida-based corporation.

1.04  Defendant is, and at all times mentioned herein was, a "person" as defined by 47 U.S.C. § 153 (39).

### 2.0  JURISDICTION AND VENUE

2.01  This court has personal specific jurisdiction pursuant to 28 USC Section 1331 and 47 USC Section 227.

2.02  Supplemental jurisdiction for Plaintiffs state law claims arise under 28 USC Section 1391(b)(2).

2.03  This Court has personal specific jurisdiction over Defendant because defendant made calls to Plaintiff in this District and Defendant conducts business in the State of Texas.

## **INTRODUCTION**

3.01  This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 227, et seq. ("TCPA").

3.02  Defendant has placed more than one prerecorded telemarketing telephone calls to Plaintiff.

3.03  Plaintiff never provided consent to Defendant for such calls.

3.04  Plaintiff's number ending in 2367 is registered on the DNC Registry and is primarily used for personal, family, and household use.

3.05  In an effort to avoid liability, Defendant uses limited-time telephone numbers that appear to remain active for no more than 24 hours after a call was placed.

3.06  As such, even if Plaintiff can call back before the number is deactivated, it does not connect Plaintiff with any live person or provide any way for Plaintiff to opt out.

3.07  Accordingly, Defendant's actions violated the TCPA, and Plaintiff is entitled to $500 per call ($500 for violations of § 227(b), and an additional $500 for violations of § 227(c)).

3.08  Since at least the beginning of October 2022, Plaintiff has received calls from telephone numbers beginning with area code 214 which all start with a pre recorded voice stating: "Attention, if you or a loved one lived, worked, or were stationed at marine corp base Camp Lejeune..."

3.09  Plaintiff knows that the word "message" is prerecorded or artificial because of his familiarity with common speech, intonation, characteristics, and other artificial voices, and that the "message" was identical in each message.

3.10  The caller is attempting to solicit their legal services for victims of cancer caused from the drinking water at Camp Lejeune in North Carolina.

3.11  These numbers include 214-469-9158.

3.12  On 10-19-2022 Plaintiff received one of these such calls from 214-469-9158.

3.13 Tired of getting these calls, Plaintiff decided to leave his phone number in there voicemail at the end of their message.

3.14  Plaintiff received the phone call at 3:06 and he called the number back at 3:08.  A recording immediately stated: "The number you have reached is no longer in service."

3.15  According to Phonevalidator.com, number 214-469-9158, is a FAKE number.

3.16  Notably, Defendant appears to de-activate its phone numbers within approximately 24 hours of its calls using that telephone number.

3.17  Upon information and belief, it does this because it knows it is violating the TCPA, and it is trying to stay ahead of those seeking to hold it accountable.

3.18  On 10-19 at 5:33 PM Julia called the Plaintiff from 954-852-3701.  She began speaking stating "have you or any of your loved ones stationed at Camp Lejeune..."  Plaintiff spoke to her for almost 10 minutes answering her questions and at the same time asking her over and over again the name of the business she was calling on behalf of or the name of the attorney firm who she works for. She would only tell the Plaintiff she is a legal helper for the Camp Lejeune Lawsuit.

3.19  At no point during this call did the call identify or provide any clues as to the caller's identity.

3.20  According to Phonevalidator.com, number 954-852-3701 is a VOIP number belonging to phone company Inteliquent.

3.21  The area code of Julia's phone number is from Florida.  Plaintiff checked the Florida SOS and there is no business with the name Camp Lejeune Lawsuit.

3.22  Later that evening on 10-19-2022 at 8:41 PM Plaintiff received a call from 602-760-5175.  The caller,  Anna told Plaintiff she is a deciding officer Camp Lejeune Lawsuit.  Plaintiff spoke to her answering her questions and asked her several times the name of the business and attorney firm that making the soliciting calls to him.

3.23  At no point during this call did the call identify or provide any clues as to the caller's identity.

3.24   On 10-21-2022 Plaintiff called Julia and asked her for the name and  phone number of the attorney firm making the solicitations to him.  At no point during this call did the call identify or provide any clues as to the caller's identity.

3.25  On 10-24-2022 Julia called the Plaintiff and began stating:  "Have you or any of your loved ones been stationed in Camp Lejeune..."  Plaintiff interrupted her

asking her if she remembers talking to him and she stated: "ohh yes." At no point during this call did the call identify or provide any clues as to the caller's identity.

3.26 On 10-26-2022 Plaintiff send a text to Julia at 954-852-3701 to *Stop*.

3.27 A few hours later Julia send a text to Plaintiff identifying herself as a legal helper with the Camp Lejeune Lawsuit, asking for a call back to her number 954-852-3701. Plaintiff requests injunctive relieve prohibiting Defendant from engaging in the wrongful and unlawful acts described herein.

3.28 Defendant's actions were willful and/or knowing because Defendant placed the calls of its own volition and *takes pains* to hide its identity (by deactivating telephone numbers and not revealing its identity).

3.29 A telemarketer who initiates calls in their calling campaign must give their identity to the called party and trains their employees Plaintiff is entitled to a statutory violation of $500 pursuant to 227(d)(3)(A).

3.30 Plaintiff is entitled to an award of a minimum of $500 in statutory damages for each call, pursuant to 227(b)(3)(B) and (c).

3.31 In addition, because the calls were telephone solicitations and Plaintiff's telephone number was on the National Do-Not-Call Registry, Defendant's calls violated 227(c), and Plaintiff is entitled to an additional $500 per call.

3.32 Plaintiff has suffered concrete harm because of Defendant's telephone calls, including, but not limited to:

3.33 Lost time tending to the unwanted calls and responding to Defendant's unlawful conduct;

3.34   Invasion of his privacy by intrusion upon seclusion

3.35   These forms of concrete harm are sufficient for Article III standing purposes.

3.36   Plaintiff is entitled to statutory damages and injunctive relief for these violations of the TCPA.


## COUNT 1

Violations of the TCPA, 227(b)(1)(B)

4.01   Plaintiff incorporates the foregoing allegations as if fully set forth herein.

4.02   Defendant placed telemarketing telephone calls to Plaintiff without his prior express written consent.

4.03   These calls each used a prerecorded or artificial voice.

4.04   The calls were not placed for "emergency purposes" as defined by 47 U.S.C. §227(b)(1)(A)(i).

4.05   Plaintiff is entitled to an award of damages of $500 per call pursuant to 227(b)(3).

4.06   Plaintiff is entitled to an award of treble damages in an amount up to $1,500 for each call made knowingly and/or willfully, pursuant to 227(b)(3).

## COUNT 2

Violations of the TCPA, 227(c)

5.01   Plaintiff incorporates the foregoing allegations as if fully set forth herein.

5.02 Defendant made telephone solicitations to Plaintiff's telephone number ending in 2367. Plaintiff's telephone number ending in 2367 has is registered on the National DNC Registry and Plaintiff has not removed his number from the Registry.

5.03  Plaintiff is entitled to an award of damages of $500 per call pursuant to 227(c)(5)(C).

5.04  Plaintiff is entitled to an award of treble damages in an amount up to $1,500 for each call made knowingly and/or willfully, pursuant to 227(c)(5)(C).

## COUNT 3

Violations of the TCPA, CFR 64.1200.

6.01  Plaintiff incorporates the foregoing allegations as if fully set forth herein.

6.02    Defendant Doe Corporation initiated calls/texts to the Plaintiff, despite the fact that Plaintiffs phone number is listed on the DNC Registry and list.  Defendant failed to train their employees about the TCPA, failed to identify their company, and does not have polices and written procedures in place that must meet the standards of:

CFR 64.1200(d)(4)
CFR 64.1200(d)(6)

6.03   Defendant must pay Plaintiff damages $500 (total) for the above violations.

## TRIAL BY JURY

20.01   Plaintiff demands a trial by jury under the 7th Amendment of the US Constitution.

## **CONCLUSION**

WHEREFORE, Plaintiff requests for the following relief:

A    An order declaring that Defendant's actions violate the aforementioned laws and statutes;

B    An award of injunctive and other equitable relief prohibiting Defendant from engaging in the wrongful and unlawful acts described herein;

C    An award of statutory or contractual damages;

D    An award of treble damages;

E    Such other and further relief that the Court deems reasonable and just.

Joe Hunsinger – Pro se
7216 CF Hawn Frwy.
Dallas, Texas 75217
214-682-7677
joe75217@gmail.com

# CIVIL COVER SHEET

3-22 CV 2444 - M

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JOE HUNSINGER | DOE CORPORATION UTILIZING TELEPHONE NUMBERS 214-469-9158, 954-852-3701, 602-760-5175 |
| **(b)** County of Residence of First Listed Plaintiff **DALLAS** *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. RECEIVED NOV - 2 2022 nub |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
USC 227

Brief description of cause:
UNWANTED AND ILLEGAL CALLS

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE 11-2-2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____