**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 NOV -2  AM 11:00

DEPUTY CLERK_____ mb

JOE HUNSINGER
Plaintiff

v.

DOE CORPORATION, etal
Defendant

3-22CV2444-M
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

JOE HUNSINGER

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

JOE HUNSINGER
7216 CF HAWN FRWY.
DALLAS, TEXAS 75217

|                   |                          |
|-------------------|--------------------------|
| Date:             | 11-2-2022                |
| Signature:        | /s/                      |
| Print Name:       | JOE HUNSINGER            |
| Bar Number:       | PRO SE                   |
| Address:          | 7216 CF HAWN FRWY.       |
| City, State, Zip: | DALLAS, TEXAS 75217      |
| Telephone:        | 214-682-7677             |
| Fax:              |                          |
| E-Mail:           | JOE75217@GMAIL.COM       |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.