**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOE HUNSINGER,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:22-CV-2444-M-BH** |
| | § | |
| **DOE CORPORATION UTLIZING TELEPHONE NUMBERS 214-469-9158, 954-852-3701, 602-760-5175 and OTHERS,** | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge**[1] |

**<u>ORDER</u>**

On November 2, 2022, the *pro se* plaintiff filed a complaint against the defendants and paid the filing fee. (*See* doc. 3.) On November 4, 2022, the Court issued an order stating:

> Because he paid the fee, the plaintiff is now responsible for serving each defendant with a summons and a copy of the complaint in this case as provided by Rule 4(c) of the Federal Rules of Civil Procedure. If a defendant is not served within 90 days after the filing of the complaint, the action is subject to dismissal against that defendant without prejudice. *See* Fed. R. Civ. P. 4(m). In addition, Fed. R. Civ. P. 4(l)(1) requires the plaintiff to file proof of service with the Court unless service is waived. This proof must consist of "the server's affidavit" if service was not accomplished by the United States Marshal or a deputy marshal. *Id.* If the plaintiff does not file a valid return of service or otherwise show that a defendant was properly served, this action may be dismissed against that defendant.

(*See* doc. 7.) The order also directed the clerk to mail the plaintiff summons forms and a copy of Rule 4. The docket reflects that the documents were served with the order.

More than 90 days have passed from the date of that this suit was filed, but the plaintiff has failed to file a valid return of service on the defendants or otherwise show that they have been timely served. This action is therefore subject to dismissal for failure to file a valid return of service under Fed. R. Civ. P. 4(m). **<u>No later than 5:00 p.m. on Wednesday, March 15, 2023</u>**, the plaintiff shall file a valid return of service or show good cause **<u>in writing</u>** why service cannot be made on the

[1]By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.

defendants. If the plaintiff fails to comply with this order, dismissal of this case will be recommended without further notice.

**SO ORDERED this 1st day of March, 2023.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE