**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOE HUNSINGER,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:22-CV-2444-M-BH** |
| | § | |
| **DOE CORPORATION UTLIZING TELEPHONE NUMBERS 214-469-9158, 954-852-3701, 602-760-5175 and OTHERS,** | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge**[1] |

**ORDER**

By *Notice of Settlement* filed March 7, 2023 (doc. 10), the plaintiff advised that the parties have reached a settlement and will submit an agreed motion of dismissal with prejudice within 30 days. Because there appears to be no reason at this time to maintain this case as an open file, it is hereby **ADMINISTRATIVELY CLOSED** for statistical purposes. This administrative closure is without prejudice to reopening for entry of a judgment or order of dismissal or for further proceedings if the settlement is not finalized.

**SO ORDERED this 9th day of March, 2023.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

[1]By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.