**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOE HUNSINGER,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:22-CV-2444-M-BH** |
| | § | |
| **DOE CORPORATION UTLIZING TELEPHONE NUMBERS 214-469-9158, 954-852-3701, 602-760-5175 and OTHERS,** | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge**[1] |

**ORDER**

Before the Court is the plaintiff's one-sentence *Motion to Dismiss with Prejudice*, filed March 21, 2023 (doc. 12), states that he stipulates to dismissal with prejudice.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss his action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. This right to voluntarily dismiss an action before the filing of an answer or summary judgment motion is "absolute and unconditional" and may not be "extinguished or circumscribed by adversary or court." *International Driver Training Inc. v. J-BJRD Inc.*, 202 Fed. App'x 714, 715-16 (5th Cir. Oct. 16, 2006), quoting 8 James W. Moore et al., Moore's Federal Practice, § 41.33[2], at 41-48 (Matthew Bender 3d ed. 2006) and *Am. Cyanamid Co. v. McGhee*, 317 F. 2d 295, 297 (5th Cir. 1963). A notice of voluntary dismissal under this rule is "self-executing", and no further court action is required. *Id.*

Here, since no defendant has filed an answer or a summary judgment motion in this action, the plaintiff has the absolute right to voluntarily dismiss his claims without prejudice as

[1]By *Special Order 3-251*, this *pro se* case has been automatically referred for full case management.

provided by Rule 41(a)(1)(A)(i). The plaintiff's filing is liberally construed as a notice of voluntary dismissal. The Clerk of Court shall terminate the motion and this action.

**SO ORDERED this 23rd day of March, 2023.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE